Leila Nourani (SBN 163336)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
leila.nourani@jacksonlewis.com

Michelle K. Meek (SBN 259993)
JACKSON LEWIS P.C.
225 Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
michelle.meek@jacksonlewis.com

Attorneys for Defendant
OTTAWA UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OTTAWA UNIVERSITY,<br><br>Defendant. | Case No.: 20cv0959-WQH-MSB<br><br>**DEFENDANT OTTAWA UNIVERSITY'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>[Fed. R. Civ. Proc. Rule 12(b)(1)]<br><br>*(Filed concurrently with Memorandum of Points and Authorities and [Proposed] Order)*<br><br>Hearing Date: To Be Determined<br>Time: To Be Determined<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Complaint filed: May 26, 2020<br>Trial Date: Not Set |

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** that on a date and time to be determined by the Court, in Courtroom 14B of the United States District Court for the Southern District of California, Defendant OTTAWA UNIVERSITY ("Defendant") shall and hereby does bring this Motion to Dismiss the Complaint ("Complaint") with prejudice as to the first, second, third, fourth, and fifth causes of action to Plaintiff's Complaint against Defendant, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Please be advised that per the Civil Pretrial Procedures of the Honorable William Q. Hayes, there will be no oral argument unless requested by the Court.

This Motion to Dismiss the Complaint is brought on the following grounds: Plaintiff Aparna Vashisht-Rota ("Plaintiff" or "Vashisht-Rota") asserts that her lawsuit against Defendant Ottawa University ("Defendant" or "Ottawa"), is subject to federal court jurisdiction pursuant to 28 U.S.C. § 1337(a), which provides that "district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies[.]" Plaintiff, however, fails to plead any "Act of Congress" which would confer jurisdiction under 28 U.S.C. § 1337. Plaintiff has not alleged any additional basis for invoking this Court's jurisdiction, and thus, her Complaint is subject to dismissal on this basis alone.

For purposes of argument in this Motion only, Defendant acknowledges that this Court's jurisdiction may arise from diversity jurisdiction pursuant to 28 U.S.C. § 1332. However, Plaintiff cannot show that complete diversity of citizenship exists between the parties because she has wholly failed to allege Defendant's entity status or citizenship, and her Complaint should be dismissed on this basis as well.

This Motion to Dismiss the Complaint is based upon this Notice of Motion and Motion to Dismiss the Complaint, Memorandum of Points and Authorities in Support and upon such other documents, evidence, and oral argument that may be made in support of this Motion, as this Court may permit.

Defendant respectfully request that this Court grant this Motion to Dismiss the Complaint.

DATED: July 31, 2020                    JACKSON LEWIS P.C.

By: */s/ Michelle K. Meek*
Leila Nourani
Michelle K. Meek

Attorneys for Defendant
OTTAWA UNIVERSITY

4811-4023-8790, v. 1

3

DEFENDANT OTTAWA UNIVERSITY'S NOTICE OF MOTION
AND MOTION TO DISMISS THE COMPLAINT
CASE NO. 20cv0959-WQH-MSB