UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APARNA VASHISHT-ROTA, an individual,<br><br>                                            Plaintiff,<br><br>v.<br><br>OTTAWA UNIVERSITY,<br><br>                                            Defendant. | Case No.: 20-CV-959 TWR (KSC)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**<br><br>(ECF No. 46) |

Presently before the Court is Plaintiff Aparna Vashisht-Rota's Motion for Leave to Electronically File Documents ("Mot.," ECF No. 46). "Except as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Sept. 15, 2020). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures

Manual." *Id.* The manual refers to the Court's official web site for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, CM/ECF Information: General Information, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited November 23, 2020).

Plaintiff's declaration specifies that Plaintiff has access to all of the hardware and software specified on the Court's website. (*See* Motion at 2.) The Court therefore **GRANTS** Plaintiff's Motion for Leave to Electronically File Documents and **ORDERS** Plaintiff to register as a user with the Clerk's Office and as a subscriber per U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b). *The Court reminds Plaintiff that electronic filing is privilege and that any abuse of the CM/ECF system may result in termination of her electronic filing privileges.*

**IT IS SO ORDERED.**

Dated: January 7, 2021

Honorable Todd W. Robinson
United States District Court