UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aparna VASHISHT-ROTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UTAH ATTORNEY GENERAL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-0978-AGS-KSC<br><br>**ORDER ON REPEATED PHONE CALLS** |
| Aparna VASHISHT-ROTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HARRISBURG UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-0967-AGS-KSC<br><br>**ORDER ON REPEATED PHONE CALLS** |
| Aparna VASHISHT-ROTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>OTTAWA UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-0959-AGS-KSC<br><br>**ORDER ON REPEATED PHONE CALLS** |
| Aparna VASHISHT-ROTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOWELL MANAGEMENT SERVICES, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-0321-AGS-KSC<br><br>**ORDER ON REPEATED PHONE CALLS** |

　　　Plaintiff Aparna Vashisht-Rota lost all four of these cases, which have since been affirmed on appeal, including her adjudication as a vexatious litigant with a no-filing restriction. Nonetheless, over the last few weeks, she has repeatedly left voicemails requesting hearing dates and making inappropriate *ex parte* legal arguments. One year ago

today, the Court began forwarding all her emails to an unmonitored junk inbox because simply ordering her to stop—and even sanctioning her—"was insufficient to cease the barrage." *Vashisht-Rota v. Utah Att'y Gen.*, 22-cv-0978-AGS-KSC, slip. op. at 2 (S.D. Cal. Dec. 16, 2024).

To be clear, in these closed and affirmed cases:

- No further filings will be permitted.
- No emails will be reviewed.
- No hearing dates will be provided.
- No phone calls will be answered or responded to.

If Vashisht-Rota continues behavior like this, the Court may be forced to refer "the matter for criminal investigation of her unabated willful violations of" judicial orders. *Id.* "At some point, litigation must come to an end." *Facebook, Inc. v. Pac. Nw. Software, Inc.*, 640 F.3d 1034, 1042 (9th Cir. 2011). "That point has now been reached." *Id.*

Dated:  December 16, 2025

_____
Hon. Andrew G. Schopler
United States District Judge